UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- X

GARY HARRIS

Plaintiff,

-against-

THE CITY OF NEW YORK (CITY);
THE NEW YORK CITY POLICE
DEPARTMENT (NYPD);
Individually and in his official
capacity as then NEW YORK CITY
POLICE OFFICER – POLICE
OFFICER SEAN JOHNSTONE,

Defendants.

------------------------------------------------- X

**ANSWER TO THE COMPLAINT ON BEHALF OF DEFENDANT CITY OF NEW YOR,**

**JURY TRIAL DEMANDED**

24-cv-03974 (NRM)(JRC)

Defendant City of New York by its attorney, Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, as and for its Answer to Plaintiff's Complaint, respectfully alleges, upon information and belief, as follows:

1.      Denies the allegations set forth in paragraph "1" of the Complaint, except admits that Plaintiff purports to proceed as set forth therein.

2.      Denies the allegations set forth in paragraph "2" of the Complaint, except admits that Plaintiff purports to proceed as set forth therein.

3.      Denies the allegations set forth in paragraph "3" of the Complaint, except admits that Plaintiff filed his complaint in this action on or about June 3, 2024.

4.      Denies the allegations set forth in paragraph "4" of the Complaint, except admits that Plaintiff purports to invoke the Court's jurisdiction as set forth therein.

5.      Denies the allegations set forth in paragraph "5" of the Complaint, except admits that Plaintiff purports to invoke the Court's jurisdiction as set forth therein.

6.      Denies the allegations set forth in paragraph "6" of the Complaint,

1

except admits that Plaintiff purports to base venue as set forth therein.

7.     States that the allegations set forth in paragraph 7" of the Complaint are not averments of fact that require a response.

8.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "8" of the Complaint.

9.     Denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph "9" of the Complaint, except admits that the City of New York is a municipal corporation organized under the laws of the State of New York.

10.    Denies the allegations set forth in paragraph "10" of the Complaint, except admits that the City of New York maintains a police department.

11.    States that the allegations set forth in paragraph "11" of the Complaint are legal conclusions to which no response is required.

12.    Denies knowledge or information sufficient to form a belief as to the truth of allegations set forth in paragraph "12" of the Complaint.

13.    Denies knowledge or information sufficient to form a belief as to the truth of allegations set forth in paragraph "13" of the Complaint, except admits, upon information and belief, that defendant Sean Johnstone was convicted of a felony.

14.     States that the allegations set forth in paragraph "14" of the Complaint are legal conclusions to which no response is required.

15.    States that the allegations set forth in paragraph "15" of the Complaint are legal conclusions to which no response is required.

16.    Denies the allegations set forth in paragraph "16" of the Complaint, except admits that Plaintiff was arrested on or about December 2, 2006 for drug related offenses.

2

17.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "17" of the Complaint.

18.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "18" of the Complaint.

19.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the Complaint.

20.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "20" of the Complaint, except admits that Plaintiff's conviction was vacated on or about October 12, 2022.

21.     Denies the allegations set forth in paragraph "21" of the Complaint and respectfully refers the Court to the materials cited therein for a true and accurate recitation of its contents.

22.     Admits the allegations set forth in paragraph "22" of the Complaint.

23.     Denies the allegations set forth in paragraph "23" of the Complaint and respectfully refers the Court to the materials cited therein for a true and accurate recitation of its contents.

24.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "24" of the Complaint.

25.     Denies the allegations set forth in paragraph "25" of the Complaint.

26.     Denies the allegations set forth in paragraph "26" of the Complaint.

27.     Denies the allegations set forth in paragraph "27" of the Complaint.

28.     Denies the allegations set forth in paragraph "28" of the Complaint.

29.     Admits the allegations set forth in paragraph "29" of the Complaint.

30.     In response to the allegations set forth in paragraph "30" of the

Complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

31.     States that the allegations set forth in paragraph "31" of the Complaint are legal conclusions to which no response is required.

32.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "32" of the Complaint.

33.     Denies knowledge of information sufficient to form a belief as to the truth of the allegations set forth in paragraph "33" of the Complaint, except admits that plaintiff purports to proceed as set forth therein.

34.     States that the allegations set forth in paragraph "34" of the Complaint are legal conclusions to which no response is required.

35.     Denies the allegations set forth in paragraph "35" of the Complaint.

36.     States that the allegations set forth in paragraph "36" of the Complaint are legal conclusions to which no response is required.

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "37" of the Complaint.

38.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "38" of the Complaint.

39.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "39" of the Complaint.

40.     Admits the allegations set forth in paragraph "40" of the Complaint.

41.     In response to the allegations set forth in paragraph "41" of the Complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

4

42.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "42" of the Complaint, except admits that Plaintiff was arrested on or about December 2, 2006 in Kings County.

43.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "43" of the Complaint.

44.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "44" of the Complaint.

45.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "45" of the Complaint.

46.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "46" of the Complaint.

47.     Deny the allegations set forth in paragraph "47" of the Complaint.

48.     In response to the allegations set forth in paragraph "48" of the Complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

49.     Denies the allegations set forth in paragraph "49" of the Complaint.

50.     Denies the allegations set forth in paragraph "50" of the Complaint.

51.     Denies the allegations set forth in paragraph "51" of the Complaint.

52.     Denies the allegations set forth in paragraph "52" of the Complaint.

53.     Denies the allegations set forth in paragraph "53" of the Complaint.

54.     Denies the allegations set forth in paragraph "54" of the Complaint, including all subparts therein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

55.     The Complaint fails, in whole or in part, to state a claim upon which

relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

56.     The New York City Police Department is not a suable entity.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

57.     Defendant City of New York has not violated any rights, privileges, or immunities under the Constitution of law of the United States or the State of New York or any political subdivision thereof, nor has defendant violated any acts of Congress providing for the protection of civil rights.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

58.     At all times relevant to the acts alleged in the Complaint, defendant City of New York, its agents and officials, acted reasonably and properly in the lawful exercise of its discretion and/or judgmental functions/decisions.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

59.     Punitive damages are not recoverable against the City of New York.

6

**WHEREFORE,** defendant City of New York requests judgment dismissing the

Complaint in its entirety, together with the costs and disbursements of this action, and such other

and further relief as the Court may deem just and proper.

Dated: New York, New York
      September 5, 2024

                                 MURIEL GOODE-TRUFANT
                                 Acting Corporation Counsel of the City of New York
                                 *Attorney for Defendant City of New York*
                                 100 Church Street, Room 3-226
                                 New York, New York 10007
                                 Phone: (212) 356-2422

                          By:    /s/ *Rachel Seligman Weiss*
                                 RACHEL SELIGMAN WEISS
                                 *Senior Counsel*
                                 Special Federal Litigation Division

**BY ECF**
cc:    *All counsel of record*

7