**Law Office of Rudy Velez**

**930 Grand Concourse Suite 1A**

**Bronx, New York 10451**

(917) 674-0573

rvesq@yahoo.com

October 9, 2024

**BY ECF**
Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New YORK 11201

RE: *Harris v. City of New York, et al*.

24-cv-3974 (NRM)(JRC)

Your Honor:

I represent Gary Harris in the above-mentioned lawsuit. I write to respectfully request an extension for defendant City and I to submit the scheduling order due 10-11-2024.

This request would give the parties time to resolve this case. The parties have conducted settlement discussions ( demand letter sent to City ). Both plaintiff and defendant City of New York join in this request.

For the reasons set forth above, plaintiff Harris requests an enlargement of time until November 1,2024 to settle this case. Thank you for your consideration herein.

Respectfully submitted,

/s/Rudy Velez

Attorney for plaintiff Gary Harris

Cc: BY ECF

All Attorneys of Record

police officer Sean Johnstone was entirely fabricated.  This is the same policeman who in

2011 was convicted for Conspiracy to steal drugs from suspects and in turn gave them to

"snitches".  Mr. Guzman had a prescription for the bottle of methadone he possessed.

Sometime around 2007, Mr. Guzman was sentenced to three years in prison upon his

guilty plea.  Mr. Guzman plead guilty to defray the punishment he would receive had he

gone to trial and lost.  This was the first time Mr. Guzman had served prison time.

On October 12, 2022, pursuant to an investigation by the King's County D.A's office into

police corruption, Mr. Guzman's 2006 felony conviction was vacated and his indictment

dismissed with prejudice.

The plaintiff, Nestor Guzman, now seeks monetary damages in the amount seven hundred-

fifty thousand dollars.  This amount would settle this case.

Very truly yours,

/S/ Rudy Velez
Rudy Velez, Esq.
*Attorney for Nestor Guzman*