UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

Gary Harris,

                                        Plaintiff,

                  -against-

The City of New York, The New York City Police
Department, and Police Officer Sean Johnstone,

                                  Defendants.

--------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

24-CV-03974 (NRM)(JRC)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     *1 - 16*   , 2025

RUDY VELEZ
*Attorney for Plaintiff*
930 Grand Concourse, Suite 1A
Bronx, New York 10451

By: _____
Rudy Velez
*Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 1/21/25
Rachel Seligman Weiss
*Assistant Corporation Counsel*

SO ORDERED:


_____
HON. NINA R. MORRISON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2